IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


RONDA NELL BLAYLOCK,                          10-CV-6089-BR

       Plaintiff,                         JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.


BROWN, Judge.

    Based on the Court's Opinion and Order (# 16) issued

June 1, 2011, the Court hereby **REMANDS** this matter to the above

administrative agency for further administrative proceedings.

    DATED this 1st day of June, 2011.


                        /s/ Anna J. Brown

                        _____
                        ANNA J. BROWN
                        United States District Judge

1 - JUDGMENT OF REMAND